UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:09-CR-81 |
| | ) | |
| PATRICK McDANIEL | ) | |

**O R D E R**

On October 19, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant Patrick McDaniel's

("Defendant") plea of guilty to Count One of the Indictment in exchange for the undertakings

made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty

of the charges set forth in Count One of the Indictment; (c) that a decision on whether to accept

the plea agreement be deferred until sentencing; and (d) Defendant shall remain in custody

pending sentencing in this matter (Doc. 85). Neither party filed an objection within the given ten

days. After reviewing the record, the Court agrees with the magistrate judge's report and

recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Indictment, in exchange for the

undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(4) Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Tuesday,**

**January 19, 2010, at 10:30 am**.

**SO ORDERED.**

**ENTER:**

        */s/Harry S. Mattice, Jr.*
        HARRY S. MATTICE, JR.
        UNITED STATES DISTRICT JUDGE